IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRAIG BLAMIRES and SANDRA BLAMIRES,<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE, INC, *et al.*,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:09-cv-952 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). On February 4, 2010, Judge Wells issued a Report and Recommendation, recommending that this case be dismissed for failure to state a claim. Judge Wells warned the parties that failure to object within 10 days may constitute a waiver of any objections.

No party has filed any timely objection to the Report and Recommendations and it appears correct in every material respect. Accordingly, the court hereby APPROVES AND ADOPTS Judge Wells' Report and Recommendation, and DISMISSES this case for failure to state a claim. The parties shall bear their own costs.

SO ORDERED this 18th day of March, 2010.

BY THE COURT:

_____
Clark Waddoups
United States District Judge